# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

Title of Work: The Company You Keep
Nature of Work: Motion Picture

## Completion/Publication

Year of Completion: 2012

## Author

Author: TCYK, LLC
Author Created: Producer of Motion Picture
Work made for hire: Yes
Domiciled in: United States
Anonymous: No       Pseudonymous: No

## Copyright claimant

Copyright Claimant: TCYK, LLC
6360 Deep Dell Pl, Los Angeles, CA, 90068
Transfer Statement: By Written Agreement

## Limitation of copyright claim

Material excluded from this claim: A Novel; A Screenplay
Previously registered: No
Previous registration and year: PAu 3 578-816    2011
Basis of current registration: This is a changed version of the work.
New material included in claim: Added Principal Photography, Music, Effects, Etc.

## Certification

Name: Nicholas Chartier
Date: October 17, 2012

Registration #:  PAU003660935
Service Request #:  1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 71.239.56.93 | 4D372D382D302D2D697312E236539F7003088898B | BitTorrent 7.8.0 | 05/10/2013 04:01:32 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 2 | 24.13.57.63 | 2D5554333233302D21703CB45324B15517969295 | µTorrent 3.2.3 | 05/09/2013 06:09:01 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 3 | 67.165.175.10 | 2D5554333330302DB973CE223C6B8364958AF638 | µTorrent 3.3.0 | 05/05/2013 04:29:34 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 4 | 24.14.215.201 | 2D415A343930302D7A5469563656736249444E | Vuze 4.9.0.0 | 05/01/2013 11:22:48 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Frankfort |
| 5 | 24.1.85.202 | 2D5554333330302D68739696E7F905915B786EC9 | µTorrent 3.3.0 | 05/01/2013 01:57:54 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Bolingbrook |
| 6 | 64.53.184.23 | 2D4445313336302D5A6D5237477E484F66705841 | Deluge 1.3.6.0 | 04/30/2013 11:23:29 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | WideOpenWest | Illinois | Glendale Heights |
| 7 | 98.193.61.156 | 2D5554333330302D68734B48A058CD1562CCD590 | µTorrent 3.3.0 | 04/30/2013 06:45:05 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Skokie |
| 8 | 24.7.216.175 | 2D554D313834302D06737C9341ADE5665DDA5E45 | µTorrent Mac 1.8.4 | 04/27/2013 12:48:16 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Lockport |
| 9 | 76.29.70.29 | 2D415A343930302D484330447554715068303141 | Vuze 4.9.0.0 | 04/26/2013 07:30:32 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Cicero |
| 10 | 24.15.178.78 | 4D372D382D302D2D6973AAD1C28710C5FB7F4892 | BitTorrent 7.8.0 | 04/26/2013 03:00:43 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Downers Grove |
| 11 | 98.227.152.244 | 2D5554333330302D6873ED87BFE56BEB8735F3B2 | µTorrent 3.3.0 | 04/26/2013 06:03:00 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 12 | 98.228.0.144 | 2D415A343530342D735470476C6D6E397661416D | Vuze 4.5.0.4 | 04/25/2013 09:44:03 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago Heights |
| 13 | 69.243.157.223 | 2D415A343930302D5449614D4858397851777247 | Vuze 4.9.0.0 | 04/24/2013 02:41:38 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 14 | 24.13.57.213 | 2D5554333233302D2170A51B0B6CA38FB4CF58F7 | µTorrent 3.2.3 | 04/24/2013 11:30:12 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 15 | 98.226.28.202 | 2D5554333330302D687398F4A5CD86D456EAF238 | µTorrent 3.3.0 | 04/23/2013 08:08:55 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Bartlett |
| 16 | 24.1.77.80 | 2D5554333330302D6873E98E0D04DCC9B747B340 | µTorrent 3.3.0 | 04/23/2013 03:45:33 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Hanover Park |
| 17 | 67.173.163.169 | 2D5452323737302D3562626571376C396C797770 | Transmission 2.77 | 04/22/2013 01:51:07 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Crystal Lake |
| 18 | 71.194.232.251 | 2D5554333330302D6873992CDA8F5FDB6C6A9D8B | µTorrent 3.3.0 | 04/22/2013 01:52:27 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Niles |
| 19 | 71.201.159.176 | 2D5554333231302DB66DE0C6ECE50112C1C1726B | µTorrent 3.2.1 | 04/21/2013 06:29:59 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 20 | 50.151.202.55 | 2D415A343930302D487A716D0457A713338504475 | Vuze 4.9.0.0 | 04/21/2013 12:05:20 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 21 | 98.226.172.212 | 4D372D382D302D2D9F72DB58505B6A0374B24EB6 | BitTorrent 7.8.0 | 04/21/2013 03:07:53 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Rockford |
| 22 | 68.57.232.129 | 2D415A343930302D5670484638424256647577937 | Vuze 4.9.0.0 | 04/21/2013 02:15:23 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 23 | 24.13.52.42 | 2D5554333330302D6873AB7C2350BAE2201D90FF | µTorrent 3.3.0 | 04/21/2013 02:03:17 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 24 | 67.167.234.66 | 4D372D372D332D2D2270B8FEB09C8549605034FD | BitTorrent 7.7.3 | 04/21/2013 12:39:21 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Northbrook |
| 25 | 67.184.227.147 | 2D5554333133302D546AA1A9C621DB8F30E390E9 | µTorrent 3.1.3 | 04/20/2013 11:12:34 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Aurora |
| 26 | 67.162.79.233 | 4D372D382D302D2D1773B9321842015FE76A52AE | BitTorrent 7.8.0 | 04/20/2013 10:05:45 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Saint Charles |
| 27 | 71.201.208.55 | 2D5554333230302DB06BA897AA71CD321F10E6DD | µTorrent 3.2.0 | 04/20/2013 01:08:24 PM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Chicago |
| 28 | 98.227.230.135 | 2D5554333330302D6873162FB14E86B595491A36 | µTorrent 3.3.0 | 04/20/2013 04:36:27 AM | The.Company.You.Keep.2012.720p.BluRay.DTS.x264-PublicHD | SHA1: A7016EEDAB40080B1A4CAC8CD16CF933543D10EC | Comcast Cable | Illinois | Berwyn |