# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

TCYK, LLC

                Plaintiff,

v.                                          Case No.: 1:13–cv–03823

                                                     Honorable Virginia M. Kendall

DOES 1–28

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13,2013:

      MINUTE entry before Honorable Virginia M. Kendall:Plaintiff voluntarily dismisses Does 1,10,23,24,28 pursuant to FRCP Rule 41(a)(1) with prejudice. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.